# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 31, 2016

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 03 2016

Abel Acosta, Clerk

Re: Kassan Khalid Morgan
   v. William Stephens, Director, Texas Department of Criminal
   Justice, Correctional Institutions Division
   No. 15-9540
   (Your No. WR-64, 771-05)

Dear Clerk:

   The petition for a writ of certiorari in the above entitled case was filed on May 25, 2016 and placed on the docket May 31, 2016 as No. 15-9540.

Sincerely,

Scott S. Harris, Clerk

by

Redmond K. Barnes
Case Analyst